The People of the State of New York, Respondent. *v.* Alfred Terry, Appellant.

Argued April 23, 1942; decided May 28, 1942.

*David I. Ashe* and *George Rifkin* for appellant.

*William O'Dwyer, District Attorney* (*Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.